## Law Offices of Donald Yannella, P.C.
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue, Suite 100　　　　　　　　　　　　　　　　233 Broadway, Suite 2370
River Edge, NJ 07661　　　　　　　　　　　　　　　　　　　New York, NY 10279
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Preferred mailing address)

January 14, 2020

Hon. Victor Marrero
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

SDNY
UMENT
CTRONICALLY FILED
#:
FILED: 1/14/20

　　　Re:　United States v. Denfield Joseph
　　　　　　17 Cr. 314 (VM)

Dear Judge Marrero:

　　　I am counsel for Denfield Joseph, who is scheduled to be sentenced on February 7, 2020. The Guidelines recommendation for his sentence is a term of 360 months to 480 months.

　　　In order to permit Mr. Joseph to complete rehabilitation programs at the Metropolitan Correction Center, and in order to adequately prepare a sentence memorandum, I respectfully request that the sentence be adjourned for approximately sixty days. AUSA Jessica Feinstein informs me that she has no objection to this request. No prior requests have been made to adjourn this sentence.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　Donald J. Yannella, Esq.

Request GRANTED. The sentencing of defendant Denfield Joseph herein is rescheduled to 4-10-20 at 2:00 p.m.

SO ORDERED.

1-14-20
DATE　　　　　　　　VICTOR MARRERO, U.S.D.J.