USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 27, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------X
UNITED STATES OF AMERICA,          :    **17 CR 314 (VM)**
                                   :
    -against-                      :
                                   :    **ORDER**
DENFIELD JOSEPH,                   :
                                   :
        Defendant.        :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The Court previously scheduled a sentencing in the above-referenced matter for May 15, 2020 at 4:30 p.m. Due to the ongoing coronavirus pandemic, the Court will reschedule the sentencing.

    Accordingly, it is hereby ordered that the sentencing be held before Judge Marrero on Friday, July 10, 2020 at 1:00 p.m.

**SO ORDERED:**

Dated:   New York, New York
         26 March 2020

_____
Victor Marrero
U.S.D.J.