**Law Offices of Donald Yannella, P.C.**
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

| | |
|---|---|
| **70 Grand Avenue, Suite 100**<br>**River Edge, NJ  07661** | **233 Broadway, Suite 2370**<br>**New York, NY  10279**<br>(Preferred mailing address) |

June 15, 2020

Hon. Victor Marrero
United States District Court, SDNY
500 Pearl Street
New York, NY  10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: June 16, 2020

    Re:    United States v. Denfield Joseph
             17 Cr. 314 (VM)

Dear Judge Marrero:

    I am counsel for Denfield Joseph, who is scheduled to be sentenced on July 10, 2020. The Guidelines recommendation for his sentence is a term of 360 to 480 months.

    I have discussed the sentencing of Mr. Joseph during the ongoing health emergency with the Government. It is respectfully submitted that this is not an appropriate matter for a remote sentencing. See In Re: Coronavirus/COD-19 Pandemic, Order that Relates to Video Teleconferencing and Telephone Conferencing for Criminal Proceedings, Mar. 30, 2020.

    Therefore, I respectfully request that the sentence be adjourned until October 9, 2020. AUSA Jessica Feinstein informs me that she has no objection to this request. The original sentence date was February 7, 2020, and two requests for adjournments of the sentence have been granted.

                                 Sincerely,

                                   /s/

                                 Donald J. Yannella, Esq.

---

Request granted. The sentencing will take place on October 9, 2020, at 3:00 p.m.

SO ORDERED.

June 16, 2020
DATE                        VICTOR MARRERO, U.S.D.J.