```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA           :
                                   :    17 CR 314 (VM)
    - against -                    :
                                   :    ORDER
DENFIELD JOSEPH,                   :
                                   :
            Defendant.             :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court previously scheduled a sentencing in the above-referenced matter for October 9, 2020, at 3:00 p.m. The defendant requested, with consent of the Government, an in-person sentencing in December, to permit easier consultation during the sentencing and to permit the defendant to complete certain rehabilitation programs. (See attached letter.) Due to the ongoing coronavirus epidemic, the Court does not expect to resume in-person proceedings at that time. Accordingly, the sentencing will be rescheduled for Friday, February 5, 2021, at 10:00 a.m.

**SO ORDERED.**

Dated:   New York, New York
         24 September 2020

Victor Marrero
U.S.D.J.

## Law Offices of Donald Yannella, P.C.
**Member of NY & NJ Bars**
**Tel: (212) 226-2883**
**Fax: (646) 430-8379**
**Email: nynjcrimlawyer@gmail.com**

**70 Grand Avenue, Suite 100**　　　　　　　　　　　　　　　　　**233 Broadway, Suite 2370**
**River Edge, NJ 07661**　　　　　　　　　　　　　　　　　　　　**New York, NY 10279**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Preferred mailing address)

September 19, 2020

Hon. Victor Marrero
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

　　　　Re:　　United States v. Denfield Joseph
　　　　　　　　17 Cr. 314 (VM)

Dear Judge Marrero:

　　　I am counsel for Denfield Joseph, who is scheduled to be sentenced on October 9, 2020. The Guidelines recommendation for his sentence is a term of 360 months to 480 months.

　　　In order to permit Mr. Joseph to complete rehabilitation programs at the Metropolitan Correction Center, and due to COVID-19 protocols involving a telephone at the defense table that sometimes make it difficult for an attorney and client to consult during a hearing, we respectfully request that the sentencing hearing be adjourned to December 3, 2020. AUSA Jessica Feinstein informs me that she has no objection to this request. Two prior requests have been made to adjourn this sentence.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　Donald J. Yannella, Esq.