**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 20, 2021

UNITED STATES OF AMERICA,

        -v-

DENFIELD JOSEPH,
                Defendant.

17 CR 314 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge:**

    The sentencing scheduled for September 17, 2021 at 10:30 a.m. is hereby adjourned to September 24, 2021 at 10:30 a.m.

    **SO ORDERED.**

Dated:    New York, New York
           20 May 2021

                                            Victor Marrero
                                              U.S.D.J.