# Russell T. Neufeld
Attorney at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021

November 16, 2021

**BY ECF**

Honorable Victor Marrero

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY  10007

Request **GRANTED**. The sentencing of defendants Kevin Delvalle and Denfield Joseph, currently scheduled for December 3, 2021, is hereby adjourned until January 28, 2022 at 2:00p.m.

**SO ORDERED.**

11/18/2021

DATE            VICTOR MARRERO, U.S.D.J.

Re: *United States v. Kevin Delvalle and Denfield Joseph*

17-cr-314 (VM)

Dear Judge Marrero:

In response to the Court's ECF notification of November 15, 2021 and after conferring with counsel for both defendants and the government, we jointly request that the sentencing, currently scheduled for December 3, 2021, be adjourned to Friday, January 28, 2022, to permit Mr. Delvalle and Mr. Joseph to be present in court.

Respectfully submitted,

*Russell Neufeld*

Russell Neufeld

Co-counsel for Kevin Delvalle

cc.: All counsel by ECF

---

99 Hudson Street • 8th Floor • New York, NY 10013 • Tel: ~~646-618-8858~~ • Fax: 212-965-9084 • rneufeld@neufeldlawoffice.com