USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022

Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

70 Grand Avenue, Suite 100  
River Edge, NJ 07661

233 Broadway, Suite 2370  
New York, NY 10279  
(Preferred mailing address)

January 17, 2022

Hon. Victor Marrero  
United States District Judge  
Daniel P. Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007

    Re:    United States v. Joseph Denfield,  
              17 Cr. 314 (VM)

Hon. Victor Marrero:

    I am counsel for Denfield Joseph, who is scheduled to be sentenced on January 28, 2022. Without objection from AUSA Jessica Feinstein, I respectfully request that Mr. Joseph's sentencing be adjourned to a date in June 2022.

    Mr. Joseph wishes to appear in person for his sentencing and have several family members attend. Given the nature and severity of the charges, we respectfully submit that it serves the interest of justice to conduct this sentencing hearing when Covid concerns are reduced, at which point attorney-client communication will be less restricted. Mr. Joseph informs me that he consents to this adjournment.

Sincerely,

Donald J. Yannella, Esq.

---

**Request GRANTED.**

The sentencing of Defendant Denfield Joseph is hereby adjourned until June 17, 2022 at 3:00pm.

**SO ORDERED.**

1/18/2022  
DATE      VICTOR MARRERO, U.S.D.J.