```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X
UNITED STATES OF AMERICA,            :
                                     :
         -against-                   :     **17 CR 314 (VM)**
                                     :
DENFIELD JOSEPH,                     :     <u>ORDER</u>
                                     :
              Defendant.             :
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X

**VICTOR MARRERO, U.S.D.J.:**

The sentencing of the above-named defendant, currently scheduled for June 17, 2022, is hereby rescheduled for Friday, July 8, 2022 at 2:45 p.m.

**SO ORDERED.**

Dated:   New York, New York
         13 April 2022

_____
Victor Marrero
U.S.D.J.