```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
UNITED STATES OF AMERICA          :
                                  :    17 Cr. 0314 (VM)
                                  :
    - against -                   :    **ORDER**
                                  :
                                  :
DENFIELD JOSEPH,                  :
                                  :
              Defendant.          :
----------------------------------X

**VICTOR MARRERO, United States District Judge.**

    The Government is hereby directed to respond to the
matters set forth by Defendant Joseph at Dkt. No. 179 no later
than ten (10) days from the date of this Order.

    The Clerk of Court is hereby directed to mail a copy of
this Order to Defendant Joseph.

**SO ORDERED.**

Dated:    New York, New York
          December 13, 2024

                                        Victor Marrero
                                        U.S.D.J.